**Order entered March 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00645-CR

**JESUS CASTILLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-70597-W**

## ORDER

The Court GRANTS the State's second motion to extend the time to file the State's brief.

We ORDER the Clerk of the Court to file the brief tendered as of the date of this order.


/s/  LANA MYERS
    JUSTICE